IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL AYALA ALVAREZ,
ISRAEL AYALA ALVAREZ and
MANUEL AYALA ALVAREZ, JR.,

    Plaintiffs,

vs.

POLICE OFFICER R. DAVIS,
BADGE 340, POLICE OFFICER
LANDBURG, BADGE 280, and
CITY OF SACRAMENTO,

    Defendants.
_____/

No.  CIV S-06-0771 LKK DAD PS

ORDER

    Plaintiff, Manuel Ayala Alvarez, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On August 18, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

/////

/////

1       The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 ORDERED that:
4       1. The findings and recommendations filed August 18, 2006, are adopted in full;
5 and
6       2. This action is dismissed without prejudice.  <u>See</u> L.R. 11-110; Fed. R. Civ. P.
7 41(b).
8 DATED: September 28, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2